AO 442 (Rev. 12/85) Warrant for Arrest   AUSA DONALD F. CHASE, II

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

FILED by _____ D.C.
DEC 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.

GUILLERMO REYES

**WARRANT FOR ARREST**

**CASE NUMBER:**
00-6360
CR-DIMITROULEAS
MAGISTRATE JUDGE
SNOW

TO:  **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ GUILLERMO REYES ___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Theft of interstate and foreign shipment of freight,

in violation of Title  18  United States Code, Sections  371; 659 and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

12/19/00 Ft. Lauderdale, Florida
Date and Location

Bail fixed at $100,000 CSB

by BARRY S. SELTZER, U.S. Magistrate Judge
Name of Judicial Officer

| **RETURN** ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER ||
| DATE OF ARREST | | ||