AO 442 (Rev. 12/85) Warrant for Arrest    AUSA DONALD F. CHASE, II

# United States District Court

SOUTHERN    DISTRICT OF    FLORIDA

UNITED STATES OF AMERICA

V.

GUILLERMO REYES

**TO:** The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:
**00-6360**
CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW
Name

YOU ARE HEREBY COMMANDED to arrest    GUILLERMO REYES

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Theft of interstate and foreign shipment of freight

in violation of Title 18 United States Code, Sections 371; 659 and 2

CLARENCE MADDOX    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer    Title of Issuing Officer

_[signature]_    12/19/00 Ft. Lauderdale, Florida
Signature of Issuing Officer    Date and Location

Bail fixed at $100,000 CSB    by BARRY S. SELTZER, U.S. Magistrate Judge
    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Detainer pick up from Dade County Jail, Miami |

| DATE RECEIVED<br>12/19/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, U.S. Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>_[signature]_ |
| DATE OF ARREST<br>7/12/01 | | John Walker, ASDUSM |