CASE NUMBER  00-6360-CR-DIMITROULEAS/LSS

INTERPRETER REQUIRED IN CASE

FILED by ___ D.C.
MAG. SEC.
JUL 16 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FOREIGN LANGUAGE   *Spanish*

DEFENDANT(S)   GUILLERMO REYES

c: COURT INTERPERTER SUPERVISOR

257