UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUILLERMO REYES,

    Defendant.
_____/

### NOTICE OF PERMANENT APPEARANCE

The undersigned attorney, Juan de Jesus Gonzalez, files his Notice of Permanent Appearance (for trial only) on behalf of the Defendant in this cause pursuant to S. D. Fla. LR. 88.7.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed to the office of the U.S. Attorney, Donald F. Chase, II, AUSA, 500 East Broward Blvd., Suite 700m Ft. Lauderdal, FL 33394, fax number (954)356-7336, this 19TH day of July, 2001.

    Respectfully submitted,

    JUAN DE JESUS GONZALEZ
    Lawyer, P.A.
    11305 S.W. 24 Terrace
    Miami, Florida 33165
    Tel.: (305) 854-8495
    Fax:  (305) 229-8059

By:_____
    Juan de Jesus Gonzalez
    Florida Bar No. 371904