UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS

Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUILLERMO REYES,

    Defendant.

_____/

## MOTION FOR REDUCTION OF BOND

COMES NOW the Defendant, by and through his undersigned attorney and files this

Motion for Reduction for Reduction of Bond and in support hereof states as follows:

1. The Defendant is presently being held on a $75,000.00, 10% bond which was set at the

initial appearance without a hearing.

2. The Defendant is charged with possessing and brokering stolen Clorox.

3. The Defendant is not charged with committing any act of violence and has never been

charged with committing an act of violence.

4. The Defendant is not a danger to the community.

5. The Defendant has lived in Dade County for 20 years.

6. The Defendant's entire family, including a mother, two brothers and numerous blood

relatives, all live in Dade County.

7. The Defendant has lived in the same home for the last 10 years and is presently living

Page 1 of 2



with his mother.

8. Every possible tie that a person could have, this person has with Dade County.

9. A preliminary analysis of the Defendant's exposure suggests that the Defendant is

facing a sentence between probation and 18 months in jail.

10. The Defendant is not a risk of flight.

11. The Defendant can not post the bond as presently set.

12. The Defendant and his family are willing to put up a home with approximately

$25,000.00 in equity along with whatever personal monetary guarantees to assure the Defendant's

appearance in Court.

WHEREFORE, the Defendant prays this Court enter an Order reducing the bond and

setting reasonable conditions of release.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed to the

office of the U.S. Attorney, Donald F. Chase, II, AUSA, 500 East Broward Blvd., Suite 700m Ft.

Lauderdal, FL 33394, fax number (954)356-7336, this 19TH day of July, 2001.

Respectfully submitted,

JUAN DE JESUS GONZALEZ
Lawyer, P.A
11305 S.W. 24 Terrace
Miami, Florida 33165
Tel.:  (305) 854-8495
Fax:  (305) 229-8059

By: _____
Juan de Jesus Gonzalez
Florida Bar No. 371904

Page 2 of 2