## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by _OK_
JUL 23 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

DEFT: GUILLERMO REYES (J) # 62316-004       CASE NO: 00-6360-CR-DIMITROULEAS
AUSA: Chase                                  ATTY: JUAN de JESUS GONZALEZ, ESQ.
AGENT:                                       VIOL:
PROCEEDING: BOND HEARING & ARRAIGNMENT       RECOMMENDED BOND: $75,000 10% w/NEBBIA
BOND HEARING HELD - yes / no                 COUNSEL APPOINTED:                 for othe,
BOND SET @: 100,000 PSB                      To be cosigned by: Girlfriend + __

INTERPRETER REQUIRED — Speaks English

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☒ Surrender and / or do not obtain passports / travel documents.
- ☒ Rpt to PTS as directed or _____ x's a week/month by phone: _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | Aug 13 | 11 | Snow | |

DATE: 7/23/01    TIME: 11:00    FTL/LSS TAPE # 01 - 036    Begin: 967    End: 1603

