UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROUELAS

UNITED STATES OF AMERICA

vs

GUILLERMO REYES

ARRAIGNMENT INFORMATION SHEET

[FILED JUL 23 2001 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JULY 23, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __ON BOND FORM_____

                      Telephone:_____

DEFENSE COUNSEL:      Name:____JUAN de JESUS GONZALEZ, ESQ.____

                      Address:___11305 SW 24 TERRACE_____

                      ___MIAMI, FL 33165_____

                      Telephone: (305) 854-8495_____

BOND SET:             $____100,000 PERSONAL SURETY_____

Bond hearing held: yes _x_  no___  Bond hearing set for_____

Dated this _23RD_ day of __JULY_____, 2001.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _Penny Butler_
Deputy Clerk

Tape No. ____01-_036_____

cc: Copy for Judge
    U. S. Attorney