UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _00-6360-CR-WPD_

UNITED STATES OF AMERICA

vs.

_Guillermo Reye_

ORDER ON BOND MOTION

FILED by ___ D.C.
JUL 24 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

This Cause came before the Court upon motion of (defendant) (government) (Pretrial Services) to (reduce) (increase) (modify) (revoke) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

____The motion is **DENIED**; bond remains at _____
The motion is **GRANTED**; bond is set at: _$100,000 personal surety_
_Let #250_ In addition to the standard conditions of bond, the following special conditions are hereby imposed:

____Surrender passports and travel documents to Pretrial Services.
____Travel restricted to SD/FL _as directed_
_X_ Report to Pretrial Services ____times a week/month by phone; ____ times week/month in person.
____Submit to random urinalysis by Pretrial Services.
____Treatment and/or counseling as deemed necessary by Pretrial Services.
____Maintain/actively seek full-time employment.
____Avoid contact with victims or witnesses.
____Refrain from possessing firearm.
____Curfew imposed _____
____Other:_____

DONE AND ORDERED at Ft. Lauderdale this _23rd_ day of _July 2001_.

_Lurana S. Snow_
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    Defense
    Pretrial Services
    U. S. Marshal