FILED by INTAKE
AUG 13 2001
CLARENCE MAD[...]
CLERK U.S. DIST. C[...]
S.D. OF FLA.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __DANIEL McFARLENE_____ CASE NO: __01-6170-CR-ROETTGER__
AUSA __BRUCE BROWN__ /Bardyfeld/ ATTY __FPD__ Smargon for Wilean
JAMES BENJAMIN, ESQ. for Charles Allen    Discovery out — no
present    30 extra days for mot — 2-3 days motions
8/9/11cd    granted    notapes

DEFT __GUILLERMO REYES_____ CASE NO: __00-6360-CR-DIMITROULEAS__
AUSA __DON CHASE__ /Bardfeld/ ATTY __JUAN de JESUS GONZALEZ__
   2 weeks for motions present
   (8-27-01) Granted

DEFT _____ CASE NO: __01-058/1203__
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DEFT _____ CASE NO: _____
AUSA _____ ATTY _____

DATE __AUGUST 13, 2001_____ TIME __11:00__

281