UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6360-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

GUILLERMO REYES,    :

    Defendant.    :
_____



FILED by ___X___ D.C.
AUG 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**STATUS REPORT**

    A status conference was held in this cause on August 13, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. Counsel for the defendant shall have until August 27, 2001, within which to file pretrial motions.

    DATED at Fort Lauderdale, Florida, this __17th__ day of August, 2001.

                                 _/s/ Lurana S. Snow_
                                 LURANA S. SNOW
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Donald Chase (FTL)
Juan de Jesus Gonzalez, Esq.

