cr-06360-WPD    Document 292    Entered on FLSD Docket 08/22/2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE Nos. 00-6360-CR-DIMITROULEAS

Magistrate Judge Snow

UNITED STATES OF AMERICA,

v.

GUILLERMO REYES.

_____/

## MOTION TO CONTINUE TRIAL DATE

COMES NOW the Defendant, Guillermo Reyes, by and through his undersigned counsel and files this Motion to Continue and in support hereof states as follows:

1. The Defendant is scheduled for trial on Tuesday, September 4, 2001 at 9:00 a.m.

2. The Defendant was arraigned on July 23, 2001.

3. Counsel has received a large amount of discovery, some of which refers to an even larger amount of discovery which counsel has not yet reviewed.

4. Counsel has a number of matters previously set for the end of August/beginning of September and can not adequately and intelligently advise the defendant on the issue of whether he should go to trial or take a plea.

5. Counsel needs more time in order to fully educate himself regarding this case in order to competently advise the defendant.



WHEREFORE, the Defendant respectfully prays this Court issue an Order postponing the trial from it's presently scheduled date and time.

Respectfully submitted,

JUAN DE JESUS GONZALEZ
Lawyer
11305 S.W. 24 Terrace
Miami, Florida 33165
Tel: (305) 854-8495
Fax: (305) 229-3077

By 
Juan de Jesus Gonzalez

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and/or faxed to the office of AUSA Donald F. Chase, II, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33944, fax number (954)356-7336 this 20th day of August, 2001.

By
Juan de Jesus Gonzalez

Page 2 of 2