UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6360-CR-DIMITROULEAS

Plaintiff,

vs.

GUILLERMO REYES,

Defendant.
_____/

## ORDER DENYING MOTION FOR CONTINUANCE OF TRIAL DATE, WITHOUT PREJUDICE

THIS CAUSE having come before this Court on Defendant's August 21, 2001 Motion To

Continue Trial Date [DE-292], and the Court noting that no proposed order, as required by Local

Rule 7.1A12 was provided, it is

ORDERED AND ADJUDGED that the Defendant's motion is hereby Denied Without

Prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_22_ day of August, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Juan de Jesus Gonzalez, Esquire
11305 S.W. 24th Terrace
Miami, FL 33165

Don Chase, AUSA