**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6360-Cr-WPD    DATE: August 31, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Guillermo Reyes

U.S. ATTORNEY: Ana Chase    DEFT. COUNSEL: Juan Gonzalez

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Court resets the hearing and finds the time from today until trial deemed excludable.

---

CASE CONTINUED TO: 9/28/01    TIME: 9:00    FOR: Cal. Call
MISC: 10/1/01    2 week trial period