# CRIMINAL MINUTES



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6360-Cr-WPD    DATE: October 5, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA    VS.    Guillermo Reyes

U.S. ATTORNEY: Don Chase    DEFT. COUNSEL: Juan Gonzalez

REASON FOR HEARING: Change of Plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to Count 3. Govt agrees to dismiss Count 1 at time of sentencing.

Court accepts guilty plea.

CASE CONTINUED TO: 12/28/01    TIME: 9:30    FOR: Sentencing

MISC: Written plea agreement filed.

