# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6360-CR-WPD    DATE: December 28, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: Spanish

UNITED STATES OF AMERICA   VS.  Guillermo Reyes

U.S. ATTORNEY: _Ana Ortiz_    DEFT. COUNSEL: _Neal Gonzalez_

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 17 months BOP, 3 years supervised release, No Fine, $7669.52 Restitution, $100 assessment. Restitution is joint & several liability to be paid during period of Supervised Release. Deft Remanded to custody.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: Deft Informed of Right to Appeal.

