UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case No. 00-6360-CR-WPD

UNITED STATES OF AMERICA

v.

GUILLERMO REYES.
_____/



## MOTION TO AMEND SENTENCE

COMES NOW the Defendant, Guillermo Reyes, by and through his undersigned attorney and this Motion to Amend Sentence and in support hereof states as follows:

1. The Defendant was sentenced to a term of 12 months in the above referenced case.

2. At the time of sentencing the Court invited counsel to make a motion for upward departure if counsel believed that a sentence of 366 days would be more beneficial to the Defendant.

3. At that time counsel was not prepared to answer the Court and Assistant US Attorney Donald Chase kindly agreed to allow the Defendant to approach the Court and request leave to upward depart after his counsel had time to review the merits.

4. At this time, counsel has determined that it would be more beneficial for the Defendant to receive a sentence of a year and a day.

5. Further, the Defendant requests that the Court recommend that he be allowed to serve his time in a South Florida area as the Defendant's family would suffer hardship if they had to visit the Defendant outside of the State.



WHEREFORE the Defendant respectfully prays this Honorable Court enter an Order amending the judgement to reflect a sentence of 366 days and a recommendation that the Defendant serve this time in South Florida.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the office of the AUSA Donald Chase, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33394 this _____ day of January, 2002.

Respectfully submitted,

**JUAN DE JESUS GONZALEZ, LAWYER, P.A.**
**2100 Coral Way, Suite 404**
**Miami, Florida 33145**
**Tel: (305) 854-8495**
**Fax: (305) 854-8595**

_____
Juan de Jesus Gonzalez