UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case No. 00-6360-CR-WPD

UNITED STATES OF AMERICA

v.

GUILLERMO REYES.
_____/

### ORDER ON MOTION TO AMEND SENTENCE

THIS CAUSE having come before me this date upon Defendant's Motion To Amend Sentence and the Court being fully advised in the premises it is hereby:

ORDERED AND ADJUDGED that said motion is Granted and the Defendant's sentence is hereby amended to reflect a sentence of 366 days. It is further recommended that the Defendant be allowed to serve his sentence in South Florida.

DONE AND ORDERED in Chambers/Open Court at Broward County, Florida this 16 day of January, 2002.

Judge

Juan de Jesus Gonzalez, Lawyer
Donald Chase, AUSA
U-S Probation
US Marshal