DEFENDANT: GUILLERMO REYES
CASE NUMBER: 00-6360-CR-WPD

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **366 days**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __3-11-2002__ to __FPC Montgomery__

at __Maxwell AFB, AL 36112__, with a certified copy of this judgment.

C. J. DeRosa, WARDEN
~~UNITED STATES MARSHAL~~

By: __O. Sandman, L/E__
~~Deputy U.S. Marshal~~

VERIFIED WITH:
NAME: Lisa Streets
TITLE: Docket Clerk
OFFICE: Judge William P. Dimitroleas
PHONE NO.: 1-954-769-5411
DATE: 1-24-02     TIME: 9:00 am
VERIFIED BY:
NAME: O Wilkin
TITLE: L.I.E.

