PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 69293

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6360-CR-WPD</u>

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: REYES, Guillermo

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Southern District of Florida, Ft. Lauderdale Division, Florida

Date of Original Sentence: December 28, 2001

Original Offense: Count 3- Receiving and Possessing Goods Valued in Excess of $1,000 Which Had Been Stolen and Constituted Interstate and Foreign Shipment of Freight, a Class C Felony; in violation of Title 18, U.S.C. §659

Original Sentence: Custody of the Bureau of Prisons for 366 days; followed by three years supervised release with the following special conditions: (1) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; (2) the defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. Restitution was ordered in the sum of $7,669.52, a $100.00 assessment fee was imposed.

Type of Supervision: Supervised Release        Date Supervision Commenced: October 25, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[x]   To modify the conditions of supervision as follows:

**The defendant shall pay restitution at the rate of $100.00 per month, until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**



PROB 12B  
(SD/FL 9/96)  
SD/FL PACTS No. 69293

## CAUSE

The defendant was ordered to make restitution in the sum of $7,669.52. A financial investigation was conducted to determine the defendant's ability to make monthly restitution payments. Based on this information, it was determined that the defendant would only be able to pay $100.00 towards restitution. The defendant has signed the enclosed Waiver of Hearing to Modify Conditions of Supervised Release establishing restitution at $100.00 per month, commencing in June 2003, and every month thereafter.

As such, if Your Honor is in agreement with this recommendation, please sign the petition below, modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by *[signature]*

Hank Baldwin  
U.S. Probation Officer  
Phone: (305) 512-1805  
Date:  June 2, 2003

---

THE COURT ORDERS:

[ ] No Action  
[ ] The Extension of Supervision as Noted Above  
[X] The Modification of Conditions as Noted Above  
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*  
Signature of Judicial Officer

June 6, 2003  
Date